Jeffery W. Grass, (SBN 112251)
jeff@davis-grass.com
John R. MacRill, III (SBN 188671)
jmacrill@davis-grass.com
**DAVIS, GRASS, GOLDSTEIN & FINLAY**
3281 E. Guasti Road, Suite 350
Ontario, California 91761
Telephone: (909) 476-2662
Facsimile: (909) 476-2335

Attorneys for Defendant
Tahoe Forest Hospital District

Brian M. Taylor (SBN 214838)
BTaylor@boutinjones.com
Ian McGlone (SBN 315201)
IMcGlone@boutinjones.com
**BOUTIN JONES INC.**
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (906) 441-7597

Attorneys for Plaintiff,
Justin Voss, M.D.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN VOSS, M.D., a California licensed physician,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT, a California local health care district, a government entity,<br><br>Defendant. | Case No.: 2:23-cv-01563-TLN-CSK<br><br>Assigned to: Hon. Troy L. Nunley<br><br>**STIPULATION AND ORDER TO MODIFY INITIAL SCHEDULING ORDER**<br><br><br><br>Complaint Served:       October 27, 2023 |

///

1     WHEREAS, Plaintiff Justin Voss, M.D. ("Plaintiff") filed the Complaint (ECF No. 1.) in this Action on July 28, 2023.

WHEREAS, the Court's July 31, 2023 Initial Scheduling Order ordered that "all discovery, with the with the exception of expert discovery, shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure." (ECF No. 3.)

WHEREAS, Plaintiff served the Complaint on Defendant, Tahoe Forest Hospital District (hereinafter referred to as "Defendant"), on October 27, 2023.

WHEREAS, the Plaintiff and Defendant (collectively the "Parties") agreed to an extension of time for Defendant to respond to the Complaint, up to and including December 15, 2023, which provides sufficient time without prejudicing any Party or providing unfair disadvantage.

WHEREAS, the current discovery cut off is August 9, 2024.

WHEREAS, the Court's January 25, 2024 minute order provide "[i]f the parties wish to modify the deadlines in the Court's Initial Pretrial Scheduling Order (ECF No. 3), the parties may file a Stipulation and Proposed Order for the Court's consideration." (ECF No. 8).

WHEREAS, the Parties did not complete initial disclosures in this matter until February 29, 2024.

WHEREAS, the Parties agree that this case is still at a very early stage and all Parties will need more time to conduct discovery in this matter beyond August 9, 2024.

WHEREAS, the Parties agreed and the Court granted an Order to Modify the Initial Scheduling Order (ECF No. 12), ordering that all discovery, with the exception of expert discovery, shall be completed by February 7, 2025.

WHEREAS, the Parties agree that additional time is needed to complete discovery already propounded as of the date of this stipulation, including the time necessary to bring any necessary motions to resolve any disputes, beyond February 7, 2025.

/ / /

/ / /

/ / /

NOW THEREFORE, THE PARTIES STIPULATE THROUGH THEIR RESPECTIVE COUNSEL to the following:

1. That counsels of record have the authority to enter into this Stipulation on behalf of their respective clients.

2. That the Initial Scheduling Order shall be modified such that all discovery served as of January 24, 2025 (including the time necessary to bring any necessary motions to resolve any disputes), with the exception of expert discovery, shall be completed by May 8, 2025.

**IT IS SO STIPULATED.**

Dated: February 3, 2025                    **DAVIS, GRASS, GOLDSTEIN & FINLAY**

By: /s/_____
Jeffery W. Grass
John R. MacRill, III
Attorneys for Defendant,
Tahoe Forest Hospital District

Dated: February 3, 2025                    **BOUTIN JONES INC.**

By: /s/_____
Brian M. Taylor
Ian McGlone
Attorneys for Plaintiff,
Justin Voss, M.D.

STIPULATION AND ORDER TO MODIFY INITIAL SCHEDULING ORDER

## **ORDER**

The Court, having considered the foregoing Stipulation, and good cause appearing thereon, HEREBY ORDERS that:

1. That the Initial Scheduling Order shall be modified such that all discovery, with the with the exception of expert discovery, shall be completed by May 8, 2025.

2. All other dates in the Initial Scheduling Order that are scheduled off of the close of discovery shall use the date May 8, 2025.

IT IS SO ORDERED.

Dated: February 3, 2025

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO MODIFY INITIAL SCHEDULING ORDER